JS - 6

**FILED: 10/28/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAN RAISSI ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERIC H. HOLDER, et al ) <br> ) <br> Defendants. ) <br> _____) | **CASE NO.  CV 12-7961  GHK (PJWx)** <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **SIXTY (60) DAYS**, to reopen the action if settlement is not consummated.

DATED:   10/28/14

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE